IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-596 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Eberardo Villalva-Vazquez** | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance held on 9/25/25. Defendant Eberardo Villalva-Vazquez appears in response to an arrest on 9/25/25. Spanish interpreter Elisa Cabal present and sworn in. Based on review of the tendered financial affidavit, the Court finds that Defendant is unable to afford counsel. Enter Order appointing Attorney Anthony Hill of the CJA Panel as counsel for Defendant. Defendant advised of charges and informed of his rights and of prosecutorial obligations per Rule 5(d) and (f). The Government moves orally for detention and proffers that a detention hearing must be held per 18 U.S.C. Section 3142(f)(2)(A). Without objection and for the reasons stated on the record, the Court finds that a detention hearing may be held based on the government's proffer. The parties moved jointly and orally for a continuance of the detention hearing to allow for the preparation of a Pretrial Services report. The Court granted the continuance motion without objection for the reasons stated on the record establishing good cause for the continuance. The government's oral motion for pretrial detention is entered and continued. The detention hearing is scheduled for 11:00 a.m. on 9/30/25 in Courtroom 1342. The defendant waives his right to a preliminary hearing. The Court enters a finding of probable cause. Defendant is remanded into the custody of the U.S. Marshals Service pending the 9/30/25 detention hearing.

(00:15)

Date: 9/25/2025

/s/ Gabriel A. Fuentes
Gabriel A. Fuentes
United States Magistrate Judge